The document below is hereby signed.

Signed: February 27, 2013



_S. Martin Teel, Jr._
_United States Bankruptcy Judge_

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| GARY STANCIL, | ) | Case No. 11-00747 |
| | ) | (Chapter 11) |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| GARY STANCIL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Proceeding No. |
| | ) | 12-10006 |
| BRADLEY INVESTMENTS, LLC, *et al.*, | ) | |
| | ) | Not for publication in |
| | ) | West's Bankruptcy Reporter. |
| Defendants. | ) | |

MEMORANDUM DECISION RE DISMISSING
<u>ADVERSARY PROCEEDING AS TO THE SO-CALLED LIEN HOLDERS</u>

The court previously dismissed the claims in this adversary proceeding against Ross Dembling, Lawrence Posner, Corinna Posner, Joseph Zytnick, and P. Hannah Davis Zytnick (with defendant Bradley Investments LLC, referred to in the pleadings as the "Lien Holders") and gave the plaintiff 21 days to file an amended complaint. *See Memorandum Decision and Order Re Lien Holder Defendants' Motion to Dismiss* (Dkt. No. 81). The court

also gave the plaintiff 14 days to show cause why the claim for willful violation of the automatic stay against Bradley Investments LLC ought not be dismissed on the same grounds as those upon which the claims against the other Lien Holders were dismissed.  Gary Stancil filed an amended complaint but failed to plead that the noteholder (Greg Friedman) or trustee under the deed of trust (Susan Friedman) was the Lien Holders' agent.  Moreover, Gary Stancil did not show cause why the claim against Bradley Investments LLC ought not be dismissed.  Accordingly, a judgment follows dismissing this adversary proceeding as to Ross Dembling, Lawrence Posner, Corinna Posner, Joseph Zytnick, P. Hannah Davis Zytnick, and Bradley Investments LLC.  These defendants are entitled to finality with respect to their dismissal from this adversary proceeding.  The court expressly determines pursuant to Fed. R. Civ. P. 54(b) that there is no just reason for delay, and the court directs that the clerk enter the judgment of dismissal as a final judgment as to these defendants.

[Signed and dated above.]

Copies to: All counsel of record; recipients of e-notification of orders.